NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STAR CREATIONS, | ) | Hon. Harold A. Ackerman |
| Plaintiff, | ) | Civil Action No. 06-1343 (HAA) |
| v. | ) | **OPINION & ORDER** |
| RAINBOW APPLIANCE COMPANY, LLC, TD SHERMAN LIMITED LIABILITY COMPANY, ELI KLEIN, | ) | |
| Defendants. | ) | |

**ACKERMAN, Senior District Judge:**

This matter comes before the Court on Plaintiff Star Creations's motion for entry of default judgment against Defendants Rainbow Appliance Company, LLC, TD Sherman Limited Liability Company, and Eli Klein (collectively "Defendants").

The Court fully understands the deadlines missed by Defendants, but nevertheless declines to issue the drastic sanction of default because the factors enumerated in *Poulis v. State Farm Fire & Casualty Co.* have not been met in this case. 747 F.2d 863, 868 (3d Cir. 1984); *see also Donnelly v. Johns-Manville Sales Corp.*, 677 F.2d 339 (3d Cir. 1982). Defendants should take note, however, that any further dilatoriness in complying with the Court's Orders will be met with appropriate action by the Court.

For the foregoing reasons, Plaintiff's motion for entry of default judgment is hereby DENIED.

Newark, New Jersey  
Dated: December 11, 2006

/s/ Harold A. Ackerman  
U.S.D.J.